**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Ronald Wells, plaintiff,<br>v.<br>Wachovia Mortgage Corporation, et al.,<br>defendants. | Case Number:<br>FILED: AUG 12, 2008<br>08CV4571<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE VALDEZ<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff.

| |
|---|
| NAME (Type or print)<br>Al Hofeld, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Al Hofeld, Jr. |
| FIRM<br>Law Offices of Al Hofeld, Jr., LLC |
| STREET ADDRESS<br>208 S. LaSalle St., #1650 |
| CITY/STATE/ZIP<br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6273948 | TELEPHONE NUMBER<br>312-345-1004 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐